# JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE K. STANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-04192-SVW(MRWx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Michael R. Weiner<br><br>Complaint filed: May 20, 2024 |

　　Pursuant to the Parties' Stipulation for Dismissal with Prejudice, Plaintiff Nicole K. Stanford's claims against Defendant Midland Credit Management, Inc. are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 5, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE